USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIRE BREWINGTON,

Plaintiff,

-against-

CITY OF NEW YORK; CORRECTIONS OFFICER LOPEZ, JOHN DOE CORRECTION OFFICERS 1–5,

Defendants.

1:26-cv-03739-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed a complaint on May 6, 2026 which was flagged as deficient. [ECF No. 1]. Thereafter, Plaintiff filed a complaint on June 11, 2026. [ECF No. 7]. A review of court records indicates that no proof of service has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The plaintiff is directed to serve the defendants and file proof of service on the docket on or before October 30, 2026. If service has not been made on or before that date, and if plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**

**Date: September 30, 2026**
**New York, NY**